# Exhibit 5

# Order

# June 20, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KARL OLSON,

    Plaintiff,

v.                                        Civil Action No. 02-1371 (GK)

CONDOLEEZA RICE, et al.,

    Defendants.

## O R D E R

This matter is before the Court on Plaintiff's Motion to Reopen the Case, [#48]. Upon consideration of the Motion, Opposition, and Reply, and the entire record herein, Plaintiff's Motion is **denied**.

In hindsight, it is clear that there is nothing in the Court's Memorandum Opinion and Order of February 3, 2005, indicating that this Court was retaining jurisdiction over this case. Moreover, this case has not remained on this Court's docket, even in a stayed posture.

Therefore, even though it seems inefficient and hyper-technical, the Court feels compelled to deny Plaintiff's Motion. However, if and when the Complaint is re-filed, the Court is willing to have the case assigned to its docket.

Exhibit 5

06 1205

FILED

JUN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion, [#48], is **denied**.

June 19, 2006                             /s/
                                          GLADYS KESSLER
                                          United States District Judge

**Copies to:** **Attorneys of record via ECF**

2

Exhibit 5