RECEIVED

AUG 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KARL OLSON ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CIV. ACT. NO.1:06CV01205 GK |
| ) | |
| CONDOLEEZZA RICE, in her capacity as ) | |
| Secretary of State, U.S. Department of State ) | |
|     Defendant. ) | |
| ) | |

## AFFIDAVIT OF SERVICE

I, Colin R. Thompson, hereby declare that on the 3rd day of July, 2006, I mailed a copy of the summons, complaint and five exhibits, certified mail return receipt requested to the U.S. Attorney for the District of Columbia. Attached hereto is the certified green card acknowledging service.

[Attached PS Form 3811 Domestic Return Receipt showing:
- Article addressed to: U.S. Attorney for the District of Columbia, 501 Third Street, N.W., Washington, D.C. 20001
- Received by: SANDRA CARTER, 7-7-06
- Service Type: Certified Mail]

Colin R. Thompson
779 Azalea Drive
Rockville, MD 20850
(301) 424-4998