**RECEIVED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUG 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KARL OLSON )
      Plaintiff, )
       )
vs. ) CIV. ACT. NO.1:06CV01205 GK
       )
CONDOLEEZZA RICE, in her capacity as )
Secretary of State, U.S. Department of State )
      Defendant. )

## AFFIDAVIT OF SERVICE

I, Colin R. Thompson, hereby declare that on the 3rd day of July, 2006, I mailed a copy of the summons, complaint and five exhibits, certified mail return receipt requested to the U.S. Attorney General. Attached hereto is the certified green card acknowledging service.

[Attached certified mail return receipt card addressed to:
U.S. Attorney General
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
Signed/received JUN 30 2006, Certified Mail]

Colin R. Thompson
779 Azalea Drive
Rockville, MD 20850
(301) 424-4998