UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
AUG 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KARL OLSON )
        Plaintiff, )
)
vs. ) CIV. ACT. NO.1:06CV01205 GK
)
CONDOLEEZZA RICE, in her capacity as )
Secretary of State, U.S. Department of State )
        Defendant. )

## AFFIDAVIT OF SERVICE

I, Colin R. Thompson, hereby declare that on the 3rd day of July, 2006, I mailed a copy of the summons, complaint and five exhibits, certified mail return receipt requested to Condoleezza Rice, Secretary of State. Attached hereto is the certified green card acknowledging service.

Colin R. Thompson
779 Azalea Drive
Rockville, MD  20850
(301) 424-4998