## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

The 21st day of August 2006

|  |  |
|---|---|
| KARL OLSON ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CIV. ACT. NO.1:06CV01205 GK |
| ) | |
| CONDOLEEZZA RICE, in her capacity as ) | |
| Secretary of State, U.S. Department of State ) | |
|     Defendant. ) | |

**<u>PRAECIPE</u>**

The Clerk of the Court will please enter the appearance of JANINE M. BROOKNER, as counsel of record for the Plaintiff in the above-captioned case.

<u>August 21, 2006</u>  
Date

<u>DC Bar #467360</u>  
BAR IDENTIFICATION NO.

_____  
JANINE M. BROOKNER,  
3645 Saint Mary's Place, N.W.  
Washington, D.C.  20007  
Tel.  202/338-5743  
Fax. 202/338-6629  
Email. jmbrookner@worldnet.att.net