Certificate of Service

I certify that on the 21st day of August 2006, a Praecipe entering the appearance of Janine M. Brookner as counsel of record for Plaintiff Karl Olson was served on the Defendant by first class mail, postage pre-paid, at the following addresses:

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

The Honorable Condoleezza Rice
Secretary of State
U.S. Department of State
Washington, D.C. 20520

and

The U.S. Attorney for the District of Columbia
501 Third Street, NW
Washington, D.C. 20001

_____

Janine M. Brookner
Bar #467360
3645 St. Mary's Place, NW
Washington, D.C. 20007
Tel. No. 202/338-5743
Fax. No. 202/338/6629