UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL OLSON,<br>Rathausstrasse 7/44<br>A-1010 Vienna, Austria<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**CONDOLEEZZA RICE,** SECRETARY<br>OF STATE<br>U.S. DEPARTMENT OF STATE<br>Washington, D.C. 20520<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1205 (GK)<br>)  Electronic Case Filing<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney Jane M. Lyons as counsel for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　JANE M. LYONS, D.C. Bar #451737
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　555 4th Street, N.W. - Room E4822
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 514-7161 / (202) 514-8789 (fax)
　　　　　　　　　　　　　　　　　　Jane.Lyons@usdoj.gov

　　　　　　　　　　　　　　　　　　Dated: August 23, 2006