UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL OLSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-1205 (GK) |
| CONDOLEEZZA RICE, Secretary of State, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
AND PROPOSED SCHEDULE**

Defendant Condoleezza Rice, in her official capacity as Secretary of State, and through undersigned counsel, respectfully moves pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure for an enlargement of time to respond to the initial complaint in this matter. This is defendant's first request for additional time in this case. The grounds for this motion are set forth below, and a proposed order is attached.[1]

The complaint (filed by plaintiff while he was representing himself) includes 36 pages of text, 219 paragraphs of factual allegations, and multiple exhibits. Plaintiff, a Foreign Service Officer, renews his challenge to the Foreign Service Grievance Board's denial of a grievance relating to his Employee Evaluation Reports from 1994-1996. Plaintiff seeks judicial review of a November 7, 2005 decision by the Foreign Service Grievance Board ("FSGB") issued after a remand from this Court in connection with an earlier decision challenged by plaintiff in Civil

---

[1] Plaintiff's counsel filed her Praecipe on the Court's Electronic Case Filing system as a "Motion for Leave to Enter Appearance as Counsel." Because the Praecipe includes a bar number for the District of Columbia and Ms. Brookner has previously represented plaintiff before this Court, it does not appear that a motion was necessary, and defendant has no objection to Ms. Brookner's representation at this time if the Court treats Docket Entry No. 6 as a motion.

Action No. 02-1371 (GK). The U.S. Attorney's Office was served with the complaint in this matter on July 6, 2006. Accordingly, defendant's response to the lengthy complaint is currently due on September 5, 2006.

Defendant requires some additional time to respond to the complaint for several reasons. The Assistant United States Attorney with daily responsibility for this matter will be out of the office between August 24 and September 5, and has not yet received sufficient information from the Department of State to prepare a response to the complaint. Accordingly, a reasonable amount of additional time is needed to allow consultation with the State Department, drafting of an appropriate response, and internal review. Beyond the answer, an administrative record will be needed in order to evaluate the FSGB's decision. Anticipating this litigation, the State Department obtained the FSGB record even before this case was filed, but the administrative record is not yet available for filing with the Court due to its size. The record is substantial and over the next couple of weeks, counsel at the State Department will either be having the record stored electronically or copied so that it can be filed with the Court, served on plaintiff, and provided to counsel for use in preparing an appropriate motion.

Counsel for defendant contacted counsel for plaintiff to discuss a mutually acceptable schedule for filing the record and preparing motions for summary judgment. As of the filing of this motion, the State Department anticipates that the record could be filed by September 19, 2006, at which time the State Department would also propose to file its response to the complaint. Plaintiff's counsel consents to that deadline and defense counsel has agreed to provide paper copies of the administrative record to plaintiff and his counsel, and defendant will send plaintiff's copy to him in Austria by express delivery. Because counsel at the agency and

the U.S. Attorney's Office assigned to this case are unfamiliar with its history, they will need sufficient time to familiarize themselves with the administrative record before a motion for summary judgment can be filed. Both attorneys are also busy with other matters on their active dockets. Counsel for the parties have agreed to propose October 26, 2006 as the date for filing summary judgment motions.

This is defendant's first request for an extension of time in this case. This motion is filed in good faith and will not unduly delay the Court's ability to resolve this matter or unfairly prejudice plaintiff.

Dated: August 23, 2006.

                              Respectfully submitted,

                              KENNETH L. WAINSTEIN, D.C. BAR #451058
                              United States Attorney

                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney

                              /s/
                              JANE M. LYONS, D.C. BAR # 451737
                              Assistant United States Attorney
                              555 4th Street, N.W. - Room E4822
                              Washington, D.C. 20530
                              (202) 514-7161