UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL OLSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 06-1205 (GK) |
| | ) |
| CONDOLEEZZA RICE, Secretary of State, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### ORDER

UPON CONSIDERATION of the defendant's first consent motion for extension of time to respond to the complaint and proposed schedule for filing the administrative record and motions for summary judgment, the Court finds that good cause exists for the relief sought. Accordingly, it is hereby

**ORDERED** that defendant's motion for extension of time is **GRANTED**, and it is further

**ORDERED** that defendant file the administrative record by **September 19, 2006**, and the parties shall file any motions for summary judgment by **October 26, 2006.**

_____          _____
Date                                                      GLADYS KESSLER
                                                          United States District Judge

Copies to Counsel of Record Thru ECF