UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL OLSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1205 (GK) |
| ) | |
| CONDOLEEZZA RICE, Secretary of State, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendant hereby gives notice of the filing of the administrative record in the above-captioned case.  Due to its length, the administrative record is being submitted to the Clerk's Office in paper form only and will be available for public viewing in the Clerk's Office between 9:00 a.m. and 4:00 p.m., Monday through Friday.  The record's certification and index are also included.  The administrative record, which contains only the material since this Court's remand, supplements the administrative record previously filed in the earlier action between the same parties, Karl Olson v. Condoleezza Rice, Civil Action No. 02-1371 (GK).[1]

A copy of the administrative record is being served by express delivery (Federal Express) on both plaintiff, who currently resides in Vienna, Austria, and his counsel.

Dated: September 19, 2006.

---

[1] The docket sheet for Civil Action No. 02-1371 (GK) appears to indicate that the Court has retained the administrative record.  See Docket Entry Nos. 29, 30, 33.  If the Court is unable to locate the record in Civil Action No. 02-1371 (GK), defendant will provide another copy upon request.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

 /s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161