*ATTACHMENT B*

**Janine Brookner**

From: &lt;jpastic@cox.net&gt;
To: &lt;founding30@msn.com&gt;; &lt;jmbrookner@worldnet.att.net&gt;
Cc: &lt;mcgheej@state.gov&gt;; &lt;pasticjj@state.gov&gt;
Sent: Friday, September 09, 2005 8:09 AM
Subject: admin matters on Olson remand 98-087

We have several messages from the parties on missing documents and for clarification on what the Board excluded in response to the department's recent Motion to Exclude.

Janine says that she has not received "item 19" on the draft ROP inventory, from the department. Henry says that he has not received grievant's August 17 and August 29 briefs. Since there seems to be a distribution/delivery glitch somewhere, I would ask you folks to again provide each other whatever is missing. Whatever each of you is still missing by Tuesday, let us know and we will provide a copy from our files.

Also, both of you have asked for clarification as to what the Board has excluded from the grievant's recent submission. The Board's reply memo refers to an earlier memo that states that the Board has what it needs to make a decision. That means that the entire submittal will be excluded.

We will be sending out a final revised ROP inventory shortly.

Finally, please note that I am sending this message from my home PC. I won't be on line for long, so please make sure that you address any replies to me at the state.gov email and to Janet. Many thanks.

*ATTACHMENT B*