**ATTACHMENT D**
JANINE M. BROOKNER
Attorney at Law

3645 St. Mary's Place, N.W.
Washington, D.C.  20007
Telephone:  (202) 338-5743
Facsimile:  (202) 338-6629

5 Tudor City Place   Suite 1625
New York, New York 10017
Telephone:  (212) 599-7717
Email: jmbrookner@worldnet.att.net

_____

October 12, 2005

Executive Secretary Kay Anske
Foreign Service Grievance Board
Suite 3100, SA-15
Washington, D.C.  20522-1531

Subject:   Karl Olson
           FSGB 98-087 Remand
           RESPONSE TO MOTION TO EXCLUDE OCTOBER 10, 2005
           SUBMISSION

Dear Ms. Ankse:

        The Department of State Bureau of Human Resources ('HR/G") errs in its
argument that our October 10, 2005 letter was untimely and, therefore, should be
rejected.

        On September 23, 2005, Mr. Karl Olson timely advised of the Board of omissions
in the Record of Proceeding ("RoP") and requested inclusion of a number of additional
items in the Inventory of Documents.  The Board responded to our timely September 23,
2005 request in a letter dated September 26, 2005 but postmarked September 30, 2005
(see attachment A - envelope from FSGB with postmark).  The Board's letter was
received by undersigned on October 5, 2005, two days past the deadline of October 3,
2005, making it impossible for us to respond again by October 3, 2005.  Moreover, since
there are still RoP matters at issue, that date is not longer feasible.

        In addition, Mr. Olson was on a temporary assignment to the Republic of Georgia
from October 3, 2005 until October 8, 2005 (see Attachment B – Mr. Olson's official

**ATTACHMENT  D**

travel orders).  Undersigned, therefore, could not reach Mr. Olson to discuss our response to the Board's letter until October 8, 2005, the day he returned to Vienna, Austria.  Hence our response was not completed and faxed until October 10, 2005.

Mr. Olson and I simply want a complete and accurate RoP Inventory of Documents.  If communications are not "irrelevant, immaterial or unduly repetitive" per 22 CFR 903.3, or entirely administrative per 22 CFR 910.2(c), there is no basis to exclude them.  HR/G should similarly want a compete and accurate RoP and we cannot understand HR/G's position on this matter unless HR/G is aware of other ex parte communications which have not yet been provided to us.

In view of the foregoing, Mr. Karl Olson requests that the FSGB deny HR/G's motion and grant the requests outlined in our October 10, 2005 letter.

Sincerely,

_____

Janine M. Brookner
Attorney for Mr. Karl Olson

Cc:    Lishman, HR/G
        Sharon Papp/AFSA
        Panel:  Reidy, Dragon, Schulz