UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KARL OLSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZZA RICE, in her capacity as )<br>Secretary of State, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1205(GK) |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion Requesting Court Order Requiring Defendant to Submit Complete Administrative Record, the Attachments to that Motion and the Administrative Record, it is hearby:

ORDERED that plaintiff's motion is GRANTED, and it is further

ORDERED that all communications, not included in the Administrative Record ("AR"), between the Foreign Service Grievance Board and the Department of State and their staffs, including private e-mail correspondence on the Olson case or regarding or referring to the plaintiff, be submitted for inclusion in the AR, and it is further

ORDERED that defendant include in the AR the four missing communications listed in plaintiff's motion at page 3, and it is further

ORDERED that defendant include in the AR the missing pages listed in plaintiff's motion, and it is further

ORDERED that the newly submitted part of the AR, dated September 19, 2006, be labeled Part C.

2

_____, 2006                             _____
                                                    UNITED STATES DISTRICT JUDGE