UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KARL OLSON              )
                        )
        Plaintiff,      )
                        )
    v.                  )   Civil Action No. 06-1205 (GK)
                        )
CONDOLEEZZA RICE,       )
in her capacity as      )
SECRETARY OF STATE      )
                        )
        Defendant.      )

**PLAINTIFF'S WITHDRAWAL OF MOTION**

On September 28, 2006, plaintiff's counsel filed Plaintiff's Motion Requesting Court Order Requiring Defendant to Submit Complete Administrative Record. Counsel received a telephone message from the AUSA asking her to withdraw the motion, apparently because counsel had not first conferred with her.

Counsel apologizes for not first conferring with defendant's counsel and, hereby, withdraws the motion. Counsel shall make a good faith effort to determine whether there is opposition to the relief sought and, and, if there is, to narrow the areas of disagreement. Pending discussions with defendant's attorney, if necessary, counsel will re-file the motion.

Respectfully submitted,

Date: September 28, 2006

/s/_____
JANINE M. BROOKNER, DC Bar #467360
3645 Saint Mary's Place, N.W.
Washington, D.C. 20007
Tel. 202/338-5743