**Attachment  A**

JANINE M. BROOKNER
Attorney at Law

3645 St. Mary's Place, N.W.
Washington, D.C.  20007
Telephone:  (202) 338-5743
Facsimile:   (202) 338-6629

5 Tudor City Place   suite 1625
New York, New York 10017
Telephone:  (212) 599-7717
Email: jmbrookner@worldnet.att.net

September 6, 2005

Acting Executive Secretary Joseph Pastic
Foreign Service Grievance Board
Suite 3100, SA-15
Washington, D.C.  20522-1531

Subject:   Karl Olson
          FSGB 98-087 Remanded

Dear Mr. Pastic,

Thank you for your letter of August 30, 2005, giving Mr. Olson and me the opportunity to review the Inventory of Documents and advise the Board of any errors or omissions.  The following are our comments:

We have never seen item number 12, dated April 22, 2005, "HR/G: agrees to inclusion of pages 78A-78NN."  Could you please provide us a copy of this document and any related materials which were exchanged in regard to this matter.

Also, we know of no ORDER issued on August 15, 2005, item number 27.  Could you please make a copy of that Order available to us or correct the Inventory, as necessary.

Please also confirm that item number 31, dated August 29, 2005, "Bd: Motion to Exclude," applies only to the 14 Attachments to the July 26, 2005 Memorandum in Support of Karl Olson's Motion Requesting a Finding that Anti-homosexual Bias and Managerial Dysfunction Unfairly Tainted His Performance Evaluations and Other Relief.

**Attachment A**

Please include this confirmation in the Inventory of Documents before closing the Record of Proceedings ("RoP").

Based on the above, we request that you furnish us an updated Inventory of Documents prior to closing the RoP.

Sincerely,

_____
Janine M. Brookner
Attorney for Mr. Karl Olson

Cc:    Lishman, HR/G
       AFSA
       Panel:  Reidy, Dragon, Schulz

2