UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KARL OLSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZZA RICE, in her capacity as )<br>Secretary of State, )<br>)<br>Defendant. ) | Civil Action No. 06-1205(GK) |

**PLAINTIFF'S CONSENT MOTION TO CITE SECTION OF ADMINISTRATIVE RECORD FILED SEPTEMBER 19, 2006 AS PART C**

Plaintiff Karl Olson requests that the section of the Administrative Record ("AR") filed September 19, 2006 be cited as Part C in order not to confuse it with AR Parts A and B, filed with the Court on August 27, 2003 in the earlier action, Civil Action No. 02-1371 (GK). All three parts of the AR are pertinent to the processing of this case. Defendant included in this newest section of the AR only the material since the Court's remand, stating that this submission supplements the AR previously filed.[1]

Pursuant to Local Civil Rule 7(m), plaintiff's counsel discussed this matter with defendant's counsel. She fully agrees to cite the record on remand as Part C.

Respectfully submitted,

/s/_____
Janine M. Brookner
3645 St. Mary's Place, NW

---

[1] We note that newly filed AR includes, from pages 097 though 420, over 320 pages of documents which were withheld from AR Parts A and B, provided to the Court in the earlier action. Mr. Olson discovered these documents on April 6, 2005 when he personally reviewed the Foreign Service Grievance Board ("FSGB") Record of Proceedings for his case. Mr. Olson filed a Motion with the FSGB to supplement the record and, as a result, the FSGB produced the missing documents, which at that time they labeled Part C, pages 1-320 (see September 19, 2006 AR at 82, 85, 96).

Washington, DC 20007-2622
Tel.  202/338-5743
Fax. 202/338-6629