UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KARL OLSON, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1205(GK) |
| CONDOLEEZZA RICE, in her capacity as ) Secretary of State, ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion to cite the section of the Administrative Record filed on September 19, 2006 as Part C, it is hearby:

ORDERED that the record on remand shall be cited as Part C.

_____, 2006         _____

UNITED STATES DISTRICT JUDGE