UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL OLSON, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZZA RICE, Secretary of State, )<br>)<br>       Defendant. )<br>_____ ) | Civil Action No. 06-1205 (GK) |

### DEFENDANT'S NOTICE OF FILING OF SUPPLEMENTAL PAGES TO THE ADMINISTRATIVE RECORD

Defendant hereby gives notice of the filing of the pages which were inadvertently missed in the process of copying the administrative record before the Foreign Service Grievance Board filed in this case on September 19, 2006. The supplemental pages are attached in two bundles. The first group include pages 31-36, 77-81, 93-95, and 716-19; the second group contains pages 60-61 and 859. All of these pages are attached hereto and should be considered part of Document Entry No. 10.

A certified copy of the supplemental pages to the administrative record is being served today on plaintiff, by express delivery (Federal Express) because he currently resides in Vienna, Austria, and on his counsel through the Court's Electronic Court Filing System.

Dated: October 24, 2006.

                                      Respectfully submitted,

                                      _____
                                      JEFFREY A. TAYLOR, D.C. Bar # 498610
                                      United States Attorney

                                                      RUDOLPH CONTRERAS, D.C. Bar # 434122
                                                     Assistant United States Attorney

                                                     /s/
                                                     JANE M. LYONS, D.C. Bar # 451737
                                                     Assistant United States Attorney
                                                     555 4th Street, N.W. - Room E4822
                                                     Washington, D.C. 20530
                                                     (202) 514-7161