UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KARL OLSON, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 06-1205 (GK) |
| | : | |
| CONDOLEEZZA RICE, | : | |
| in her capacity as | : | |
| SECRETARY OF STATE, | : | |

## ORDER

On October 18, 2006, the Court held a Scheduling Conference in the above matter. The Court having considered the Joint Meet and Confer Statement submitted by counsel, as well as any supplemental pleadings that are relevant, the representations made in open court, and the entire record in this case, it is hereby

**ORDERED** that Defendant's Opposition to Plaintiff's Motion for Submission of the of the Complete Administrative Record is due **October 30, 2006**; Plaintiff's Reply, if any, is due **November 5, 2006**; and it is further

**ORDERED** that Plaintiff's Motion for Summary Judgment is due **December 15, 2006**; Defendant's Opposition and Cross-Motion for Summary Judgment is due **January 15, 2007**; Plaintiff's Reply and Opposition to Defendant's Motion is due **February 15, 2007**; and Defendant's Reply is due **March 1, 2007.**

October 31, 2006                                /s/
                                                Gladys Kessler
                                                United States District Judge

**Copies via ECF to all counsel of record**