**Attachment A – September 7th E-mail and Amended RoP**

----- Original Message -----
From: "McGhee, Janet M" <McGheeJ@state.gov>
To: "Noonan, Henry J" <NoonanHJ@state.gov>; <jmbrookner@worldnet.att.net>
Cc: "Pastic, Joseph J" <PasticJJ@state.gov>
Sent: Wednesday, September 07, 2005 8:35 AM
Subject: Olson Remand 98-087 Amended ROP

<<OLSON 98-087 Remand ROP RUNNING INVENTORY.doc>>  <<RE: Olson ROP>>

1. As requested in Henry's email above, I have amended the inventory item 19 to change the date from June 22 to June 15, 2005.

2. Per Janine Brookner's fax dated September 6, 2005, regarding inventory items 12, 27, and 31:

I will fax you a copy of Items 12 and 27.  Item 27 is actually a Board Memo about the Order noting a deadline for submissions.  I have amended the title to clarify this.

I have also amended the identification of Item 31 per your request.

Please confirm the amended ROP, attached, is now complete and I will then send out the hard copies.

regards, janet

**Attachment A – September 7th E-mail and Amended RoP**

ROP RUNNING INVENTORY

# FOREIGN SERVICE GRIEVANCE BOARD

# KARL OLSON
# FSGB 98-087  REMAND

## RECORD OF PROCEEDINGS

| ITEM | DATE | IDENTIFICATION |
|---|---|---|
| 1 | February 18, 2005 | Grievance Appeal received |
| 2 | March 3, 2005 | Acknowledgement Letter sent |
| 3 | March 18, 2005 | G: confirms FSGB has linked Items 1 - 5 |
| 4 | March 18, 2005 | G: please provide {un}classified documents |
| 5 | March 23, 2005 | Bd: response to March 2005 letters by April 22, 2005 and May 7, 2005 |
| 6 | March 29, 2005 | G: refer to documents this way;  Errata Notice |
| 7 | March 31, 2005 | Panel Member Change: Dragon v. Davidson |
| 8 | April 4, 2005 | Declaration of Julie Oettinger of 8-26-2003 |
| 9 | April 7, 2005 | Bd: Review of Record of Proceedings by G |
| 10 | April 8, 2005 | G: Motion to Supplement the Record |
| 11 | April 15, 2005 | Bd: Response to Motion to Supplement Record |
| 12 | April 22, 2005 | HR/G: agrees to inclusion of pages 78A - 78NN |
| 13 | April 22, 2005 | G: Motion for Enlargement of Time to File Arguments - 37 days |
| 14 | Undated | Court: Notice of Filing Administrative Record Parts A & B - Part B is filed under seal |
| 15 | June 3, 2005 | Board: Proposed Submission into ROP Part C |
| 16 | June 8, 2005 | Bd:  Issues on Remand |
| 17 | June 13, 2005 | G: re statement of issues; motion for enlargement of time to file arguments |
| 18 | June 22, 2005 | HR/G: Olson statement of Issues |

ROP RUNNING INVENTORY

# FOREIGN SERVICE GRIEVANCE BOARD

# KARL OLSON
# FSGB 98-087  REMAND

# RECORD OF PROCEEDINGS

| ITEM | DATE | IDENTIFICATION |
|---|---|---|
| 19 | June 15, 2005 | HR/G: Dept in agreement with issue #16 |
| 20 | June 22, 2005 | ORDER: Issues for Consideration |
| 21 | June 23, 2005 | G: HR/G comments of 6-22-05 untimely and must be rejected |
| 22 | July 13, 2005 | Bd: Statement of Issues |
| 23 | July 22, 2005 | HR/G: BRIEF to Bd ORDER of June 22, 2005 |
| 24 | July 26, 2005 | Karl Olson's Motion and Memorandum in Support to Motion Requesting a Finding that Anti-Homosexual Bias and Managerial Dysfunction Unfairly Tainted His Performance Evaluations and Other Relief |
| 25 | August 1, 2005 | Special Assistant McGhee v Johnson |
| 26 | August 12, 2005 | HR/G: Rebuttal Brief and Motions to Exclude |
| 27 | August 15, 2005 | BD: Memo re Order deadline to respond Aug. 29, 2005 |
| 28 | August 17, 2005 | G's Reply Memorandum |
| 29 | August 19, 2005 | Bd: grants G until 8-29-05 to respond |
| 30 | August 29, 2005 | G's Opposition to Motion to Exclude |
| 31 | August 29, 2005 | Bd: Motion to Exclude (14 att. To GR's July 26 submission) |
| 32 | August 30, 2005 | Bd: Close ROP |
| 33 | September 7, 2005 | Bd: Amended ROP (items 19, 27, 31) |
|  |  |  |