ATTACHMENT B - CONFIRMATION ROP is Complete

# Janine Brookner

| | |
|---|---|
| **From:** | "Janine Brookner" <jmbrookner@worldnet.att.net> |
| **To:** | "McGhee, Janet M" <McGheeJ@state.gov> |
| **Cc:** | "Karl Olson" <olson@karlolson.com> |
| **Sent:** | Friday, September 09, 2005 8:06 AM |
| **Subject:** | Re: Olson Remand 98-087 Amended ROP |

Dear Janet,
   This email confirms that the RoP is now complete. Please let me know if you need a formal letter or memorandum confirming Mr. Olson's and my agreement that the RoP is complete. Thank you.
   Sincerely,
   Janine Brookner
----- Original Message -----
From: "McGhee, Janet M" <McGheeJ@state.gov>
To: "Noonan, Henry J" <NoonanHJ@state.gov>; <jmbrookner@worldnet.att.net>
Cc: "Pastic, Joseph J" <PasticJJ@state.gov>
Sent: Wednesday, September 07, 2005 9:35 AM
Subject: Olson Remand 98-087 Amended ROP


<<OLSON 98-087 Remand ROP RUNNING INVENTORY.doc>>  <<RE: Olson ROP>>

1. As requested in Henry's email above, I have amended the inventory item 19 to change the date from June 22 to June 15, 2005.

2. Per Janine Brookner's fax dated September 6, 2005, regarding inventory items 12, 27, and 31:

I will fax you a copy of Items 12 and 27. Item 27 is actually a Board Memo about the Order noting a deadline for submissions. I have amended the title to clarify this.

I have also amended the identification of Item 31 per your request.

Please confirm the amended ROP, attached, is now complete and I will then send out the hard copies.

regards, janet

11/6/2006