UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KARL OLSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1205(GK) |
| ) | |
| CONDOLEEZZA RICE, in her capacity as ) | |
| Secretary of State, ) | |
| ) | |
| Defendant. ) | |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion Requesting Court Order Requiring Defendant to Submit Complete Administrative Record Including Ex Parte Communications, the Attachments to that Motion and the Administrative Record ("AR"), *the Opposition and the Reply,* it is hearby:

ORDERED that plaintiff's motion is GRANTED, and it is further

ORDERED that all communications on the Olson case or regarding or referring to the plaintiff, not included in the AR, between the Foreign Service Grievance Board and the Department of State and their staffs, including *ex parte* and private e-mail correspondence be submitted for inclusion in the AR, and it is further

ORDERED that defendant include in the AR the four missing documents, dated September 6th, September 9th, October 10th and October 12, 2005, which are attached to plaintiff's motion.

Nov. 8, 2006

Gladys Kessler
UNITED STATES DISTRICT JUDGE