UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL OLSON, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZZA RICE, Secretary of State, )<br>)<br>　　　　Defendant. )<br>_____ ) | Civil Action No.  06-1205 (GK) |

### DEFENDANT'S NOTICE OF FILING OF SUPPLEMENTAL PAGES TO THE ADMINISTRATIVE RECORD

Pursuant to the Court's November 8, 2006 Order [Docket Entry No. 21], the Foreign Service Grievance Board ("Board") has provided documents responsive to the Court's Order to undersigned counsel.  Accordingly, Defendant hereby gives notice of the filing of Pages 861-85 of the administrative record which are attached hereto.  In addition, attached are the Declarations of Joseph J. Pastic and Janet M. McGhee, who were the Special Assistants for the proceedings before the Board, explaining how the responsive documents were located.

Dated: November 22, 2006.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. Bar # 498610
　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. Bar # 434122
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

/s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161