## Declaration of Joseph J. Pastic

I, Joe Pastic, declare under penalty of perjury that the following is true and correct to my knowledge:

1. I am a Special Assistant for the Foreign Service Grievance Board.

2. One of my primary job responsibilities is to facilitate the timely resolution of grievance appeals. I accept new appeals, receive filings and administrative inquiries from the parties, provide Board members with periodic status summaries, and organize hearings. In order to move appeals expeditiously to a decision, I can set timelines for the parties and request clarification of the parties' views on matters relevant to the appeal.

3. I was assigned as the Special Assistant for Case No. 98-087 Remand (Karl Olson) beginning on October 6, 2005. Prior to that date, I also collaborated with Janet McGhee on the matter.

4. Although we encourage parties to copy each other on all correspondence with the Special Assistant handling their grievance, parties sometimes phone or e-mail the Special Assistant on an *ex parte* basis with administrative inquiries and requests. The Foreign Service Grievance Board's regulations do not prohibit such *ex parte* communications.

5. My personal practice is to keep an e-mail folder for each grievance that I handle that contains all messages that I send or receive relating to that case. I have searched the e-mail folder for Case No. 98-087, looking for any *ex parte* messages that have not already been included in the administrative record.

6. I have also searched the file for Case No. 98-087 that I inherited from Special Assistant Janet McGhee for any *ex parte* messages that have not already been included in the administrative record.

7. The only *ex parte* messages that I located are as follows:

- An undated e-mail from Special Assistant Janet McGhee to Mr. Olson's attorney, Janine Brookner, confirming hand delivery of a filing and advising that it was "nice to meet you." AR 885.

- An August 16, 2005 e-mail from Janine Brookner to Janet McGhee. The Grievance Staff's internal notes and a draft follow-up e-mail (which was not sent) have been redacted. AR 884.

- A September 2, 2005 e-mail from Henry Noonan, of the Department's internal grievance staff, to Special Assistant Joe Pastic. AR 882-883. (While included as a stand-alone e-mail here, I note that this message was part of an e-mail string already included in the AR at 802.)

- A September 8, 2005 e-mail from Janine Brookner to Janet McGhee. The e-mail string includes a message from Henry Noonan to Joe Pastic. An internal FSGB message has been redacted. AR 881.

- Another September 8 e-mail from Janine Brookner to Janet McGhee. AR 880.

- A September 8, 2005 e-mail from Janet McGhee to Henry Noonan. AR 879.

2

- A September 9, 2005 e-mail from Janine Brookner to Janet McGhee. AR 878.

- A September 12, 2005 e-mail from Joe Pastic to Sharon Papp, General Counsel of AFSA. AFSA was not a party to this individual grievance, and I note that the e-mail simply forwards another message that had been sent to both the Department and Ms. Brookner. Nonetheless, in an abundance of caution, I am including it in this compilation of *ex parte* materials. AR 877.

- A September 14, 2005 facsimile from Henry Noonan to Joe Pastic. The facsimile forwarded the same June 15, 2005 e-mail and document that Mr. Noonan had previously forwarded in a September 2, 2005 e-mail that is included here as AR 882. The facsimile does have a cover note, so I am including it here. AR 873-876.

- A September 20, 2005 e-mail from Henry Noonan to Joe Pastic. This was actually just an automatically-generated "out-of-office" reply. I am including it here in an effort to be comprehensive, and because it shows that the e-mail address used by Mr. Noonan when telecommuting is founding30@msn.com.

8. I am unaware of any other *ex parte* communications related to this grievance.

*[signature: Joseph J Pastic]*
Joseph J. Pastic
Date: November 22, 2006

3