## Declaration of Janet M. McGhee

I, Janet McGhee, declare under penalty of perjury that the following is true and correct to my knowledge:

1. I am a Special Assistant for the Foreign Service Grievance Board.

2. One of my primary job responsibilities is to facilitate the timely resolution of grievance appeals. I accept new appeals, receive filings and administrative inquiries from the parties, provide Board members with periodic status summaries, and organize hearings. In order to move appeals expeditiously to a decision, I can set timelines for the parties and request clarification of the parties' views on matters relevant to the appeal.

3. I was assigned as the Special Assistant for Case No. 98-087 Remand (Karl Olson) from August 1, 2005 until October 5, 2005. Prior to that time, Shelley Johnson was the Special Assistant assigned for this matter. She no longer works with the Grievance Board.

4. Although we encourage parties to copy each other on all correspondence with the Special Assistant handling their grievance, parties sometimes phone or e-mail the Special Assistant on an *ex parte* basis with administrative inquiries and requests. The Foreign Service Grievance Board's regulations do not prohibit such *ex parte* communications.

5. My personal practice is to keep a hard copy folder of significant documents relating to each grievance that I handle. I inherited Shelley Johnson's case file when I took over the case. When Joe Pastic replaced me on October 6, 2006, I passed on my file to him.

1

6.  I have no *ex parte* communications relating to this case, and I do not recall any such communications.

_____
Janet McGhee

Date: November 22, 2006