07005368-4

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I ⟨cer⟩tify That Jacqueline Ratner, whose name is subscribed to the document hereunto annexed, ⟨was⟩ ⟨at the⟩ time of subscribing the same Executive Secretary , Foreign Service Grievance Board, ⟨Depar⟩tment of State, United States of America, and that full faith and credit are due to her acts as ⟨su⟩ch.

In testimony whereof, I, Condoleezza Rice, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-first day of November, 2006.

_____
Secretary of State

By _____

Assistant Authentication Officer,
Department of State

*pursuant to CH⟨...⟩ ⟨S⟩tate of*
*⟨...⟩5, 1789, 1 S⟨...⟩-69; 22*
*⟨...⟩57; 22USC⟨...⟩ 5 USC*
*⟨...⟩ USC 173⟨...⟩; 8 USC*
*⟨...⟩ RULE 4⟨...⟩l Rules of*
*⟨...⟩cedure*

*This certificate is not valid if it is removed or altered in any way whatsoever*



**Foreign Service Grievance Board**
Suite 3100 SA-15
Washington, D.C. 20522-1531

Telephone: 703-875-5157
Fax: 703-875-5177

November 17, 2006

## CERTIFICATION

I, Jacqueline Ratner, Executive Secretary of the

Foreign Service Grievance Board, certify that the

attached is a true copy of the documents and

communications that the District Court, on

November 8, 2006, ordered to be added to the Record

of Proceedings in the Case No. 98-087 REMAND

(Karl Olson) for purposes of court review.  The

documents and communications are bate-numbered

861-885.  This file contains only unclassified

material.

Jacqueline Ratner
Jacqueline Ratner
Executive Secretary

ROP RUNNING INVENTORY

# FOREIGN SERVICE GRIEVANCE BOARD
# ADDITIONS AS ORDERED
# BY DISTRICT COURT ON
# NOVEMBER 8, 2006
## TO
# KARL OLSON
## FSGB 98-087 REMAND

## RECORD OF PROCEEDINGS

| NOS. | ITEM | DATE | IDENTIFICATION |
|---|---|---|---|
| 861-862 | 41 | September 6, 2005 | Grievant's Letter to FSGB requesting copies of documents and that Inventory of Documents is updated prior to closing |
| 863 | 42 | September 9, 2005 | FSGB email to all parties re administrative matters on ROP |
| 864-865 | 43 | October 10, 2005 | Grievant's Letter to FSGB re confirmation of all submissions of documents to ROP and revision of Inventory |
| 866-867 | 44 | October 12, 2005 | Agency Motion to Exclude October 10, 2005 Submission as Untimely Filed |
| 868-871 | 45 | October 12, 2005 | Grievant's Response to Agency's Motion to Exclude October 10, 2005 Submission |
| 872 | 46 | September 20, 2005 | Agency's Representative "Out of Office" Reply |
| 873-876 | 47 | September 14, 2005 | FSGB Faxed copy of Department's agreement with the Issues on Remand in FSGB's Memo to Grievant |
| 877 | 48 | September 12, 2005 | FSGB Email to AFSA re admin matters on Olson Remand 98-087 |
| 878 | 49 | September 7-9, 2005 | Emails between parties re completeness of ROP |
| 879 | 50 | September 8, 2005 | Email between FSGB and Department re non-receipt of two documents |
| 880 | 51 | September 7- 8, 2005 | Email between all parties re Amended ROP |
| 881 | 52 | September 7-8, 2005 | Email between all parties re receipt of August 17th & August 29th briefs |
| 882-883 | 53 | September 2, 2005 | Department's Email re June 15, 2005 email not in ROP |
| 884 | 54 | August 16, 2005 | Grievant's email to all parties of non receipt of motion from Department |
| 885 | 55 | No Date | FSGB Email Confirming receipt of hand delivered Motion ad Memo in support of motion from Grievant |

**JANINE M. BROOKNER**
Attorney at Law

3645 St. Mary's Place, N.W.
Washington, D.C. 20007
Telephone: (202) 338-5743
Facsimile: (202) 338-6629

5 Tudor City Place  suite 1625
New York, New York 10017
Telephone: (212) 599-7717
Email: jmbrookner@worldnet.att.net



September 6, 2005



Acting Executive Secretary Joseph Pastic
Foreign Service Grievance Board
Suite 3100, SA-15
Washington, D.C. 20522-1531

Subject:  Karl Olson
          FSGB 98-087 Remanded

Dear Mr. Pastic,

Thank you for your letter of August 30, 2005, giving Mr. Olson and me the opportunity to review the Inventory of Documents and advise the Board of any errors or omissions. The following are our comments:

We have never seen item number 12, dated April 22, 2005, "HR/G: agrees to inclusion of pages 78A-78NN." Could you please provide us a copy of this document and any related materials which were exchanged in regard to this matter.

Also, we know of no ORDER issued on August 15, 2005, item number 27. Could you please make a copy of that Order available to us or correct the Inventory, as necessary.

Please also confirm that item number 31, dated August 29, 2005, "Bd: Motion to Exclude," applies only to the 14 Attachments to the July 26, 2005 Memorandum in Support of Karl Olson's Motion Requesting a Finding that Anti-homosexual Bias and Managerial Dysfunction Unfairly Tainted His Performance Evaluations and Other Relief. Please include this confirmation in the Inventory of Documents before closing the Record of Proceedings ("RoP").

Based on the above, we request that you furnish us an updated Inventory of Documents prior to closing the RoP.

861

Sincerely,

Janine M. Brookner
Attorney for Mr. Karl Olson


Cc:    Lishman, HR/G
         AFSA
         Panel: Reidy, Dragon, Schulz

862

**Pastic, Joseph J**

**From:**           jpastic@cox.net
**Sent:**          Friday, September 09, 2005 9:09 AM
**To:**             founding30@msn.com; jmbrookner@worldnet.att.net
**Cc:**             McGhee, Janet M; Pastic, Joseph J
**Subject:**      admin matters on Olson remand 98-087

We have several messages from the parties on missing documents and for clarification on what the Board excluded in response to the department's recent Motion to Exclude.

Janine says that she has not received "item 19" on the draft ROP inventory, from the department.  Henry says that he has not received grievant's August 17 and August 29 briefs.  Since there seems to be a distribution/delivery glitch somewhere, I would ask you folks to again provide each other whatever is missing.  Whatever each of you is still missing by Tuesday, let us know and we will provide a copy from our files.

Also, both of you have asked for clarification as to what the Board has excluded from the grievant's recent submission.  The Board's reply memo refers to an earlier memo that states that the Board has what it needs to make a decision.  That means that the entire submittal will be excluded.

We will be sending out a final revised ROP inventory shortly.

Finally, please note that I am sending this message from my home PC.  I won't be on line for long, so please make sure that you address any replies to me at the state.gov email and to Janet.  Many thanks.

803

1

OCT 1 1 2005

**JANINE M. BROOKNER**
Attorney at Law

3645 St. Mary's Place, N.W.
Washington, D.C. 20007
Telephone: (202) 338-5743
Facsimile: (202) 338-6629

5 Tudor City Place   Suite 1625
New York, New York 10017
Telephone: (212) 599-7717
Email: jmbrookner@worldnet.att.net

COPIES

CASE 98-087
GRIEVANT Olson
AGENCY State
AFGA
PANEL Reidy
Dvason
Schulz
CHAIRMAN reidy
DEPUTY draper
DATE 10-11-05
paltic

October 10, 2005

Executive Secretary Kay Anske
Foreign Service Grievance Board
Suite 3100, SA-15
Washington, D.C. 20522-1531

Subject:   Karl Olson
           FSGB 98-087 Remand

Dear Ms. Ankse:

   We have received Chairman Edward J. Reidy's letter, dated September 26, 2005 and postmarked September 30, 2005, and we agree that Board can make a prompt, just and fair decision on the Record of Proceeding ("RoP') as it now stands.

   Our concern, however, is that, should the case end up back in the District Court, the Court must have a complete and accurate record of what has transpired.[1]  Given this possibility, Mr. Pastic's September 9, 2005 e-mail should be included in the RoP in its entirely, as should all communications, to and/or from the Department and the Board on Mr. Olson, including, but not limited to, any personal or non-official emails to or from Mr. Pastic and Mr. Noonan.

   In view of the above, we request the following:

   a.   Although Mr. Reidy said in his September 26, 2005 letter that he was not aware of any "documents" not yet provided, please confirm that the Board has looked for all communications, not only documents, between the

---

[1] When Mr. Olson's case was before the District Court, RoP Part C was never filed as part of the Administrative Record with the Court and, therefore, the Court lacked a complete and accurate Administrative Record.

Department and the FSGB. Please also advise whether Mr. Pastic and Mr. Noonan have been asked and have confirmed, in writing, whether there are any communications they have not yet provided.

b.  Please include in the RoP Mr. Pastic's September 9, 2005 e-mail. The Board in its September 19, 2005 Order said that Mr. Pastic "opined on the status of the grievant's 'recent submission,' that 'the entire submittal will be excluded.' . . . and, with hindsight, should have included a caveat that any party unclear as to the meaning of official Board correspondence should file a motion for clarification." We note, however, that Mr. Pastic's September 9, 2005 e-mail purported to be the clarification as to what the Board had excluded from Mr. Olson's argument. Specifically, Mr. Pastic wrote, " [B]oth of you have asked for clarification as to what the Board has excluded from the grievant's recent submission. The Board's reply memo refers to an earlier memo that states that the Board has what it needs to make a decision. That means that the entire submittal will be excluded."[2]

c.  Please include in the RoP my letter of September 23, 2005 and this letter, dated October 10, 2005, as well as your memorandum of September 22, 2005 with its attachments and Mr. Reidy's letter of September 26, 2005.[3]

d.  Please forward to undersigned a revised RoP Inventory of Documents for our review.

Thank you for your assistance.

Sincerely,

Janine M. Brookner
Attorney for Mr. Karl Olson

Cc:    Lishman, HR/G
       Sharon Papp/AFSA
       Panel: Reidy, Dragon, Schulz

---

[2] We also note that the Department's September 7, 2005 request for clarification was made to Mr. Pastic ex parte and not provided to Mr. Olson by HR/G. This e-mail said, "Good Morning Joe, In the Department's August 12, 2005 submission, the Department raised three Motions to Exclude in the second, third and fourth paragraphs of that submission. The Department has not received a ruling on the second and third Motions to Exclude contained in the third and fourth paragraphs. For ease of reference, I have attached our August 12, 2005 submission. Please, advise. Best Regards, Henry."

[3] Mr. Reidy's letter of September 26, 2005 under Item 1) referred to "our Order of September 22, 2005." Please confirm that he was referring to Executive Secretary Kay Anske's memorandum, dated September 22, 2005, attaching two e-mails, rather than an Order.

**865**



**United States Department of State**

*Bureau of Human Resources*



RECEIVED
OCT 1 2 2005

*Washington, D.C. 20522*

October 12, 2005

MEMORANDUM

To:         Ms. Kay Anske
            Executive Secretary, FSGB

From:       Ms. Joanne Lishman
            Director, HR/G

                    Re: Karl Olson
                    FSGB No. 98-087 REMAND

## MOTION TO EXCLUDE OCTOBER 10, 2005 SUBMISSION AS UNTIMELY FILED

        The Department submits this Motion to Exclude the October 10, 2005 filing by the grievant's attorney as untimely filed.

        The Board in its September 19, 2005 Order stated:

> *The parties are requested to review the attached ROP inventory, and advise the Board not later than October 3, 2005, of any errors or omissions in the inventory. Barring receipt of any necessary corrections to the inventory, the ROP shall be considered closed effective September 19, 2005.*

        The October 10, 2005 filing by the grievant's attorney is well after the October 3, 2005 deadline set by the Board and should be excluded as untimely filed. See the Board's Order dated June 23, 2005 in this case excluding HR/G's comments of June 22, 2005 as untimely and therefore rejected. ROP Item 21.

806

Cc: AFSA
   Ms. Brookner

867

*RoP*

COPIES
CASE *98-087* *Remand*
GRIEVANT *Olson*
AGENCY *State*
AFSA
PANEL *Reid*
*Dragon*
*Schulz*
CHAIRMAN
DEPUTY
TE *10/13/0*
*PASTIC*

JANINE M. BROOKNER
Attorney at Law

3645 St. Mary's Place, N.W.
Washington, D.C. 20007
Telephone: (202) 338-5743
Facsimile: (202) 338-6629

5 Tudor City Place  Suite 1625
New York, New York 10017
Telephone: (212) 599-7717
Email: jmbrookner@worldnet.att.net

OCT 13 2005

October 12, 2005

Executive Secretary Kay Anske
Foreign Service Grievance Board
Suite 3100, SA-15
Washington, D.C. 20522-1531

Subject:  Karl Olson
         FSGB 98-087 Remand
         RESPONSE TO MOTION TO EXCLUDE OCTOBER 10, 2005
         SUBMISSION

Dear Ms. Ankse:

    The Department of State Bureau of Human Resources ("HR/G") errs in its argument that our October 10, 2005 letter was untimely and, therefore, should be rejected.

    On September 23, 2005, Mr. Karl Olson timely advised of the Board of omissions in the Record of Proceeding ("RoP") and requested inclusion of a number of additional items in the Inventory of Documents. The Board responded to our timely September 23, 2005 request in a letter dated September 26, 2005 but postmarked September 30, 2005 (see attachment A - envelope from FSGB with postmark). The Board's letter was received by undersigned on October 5, 2005, two days past the deadline of October 3, 2005, making it impossible for us to respond again by October 3, 2005. Moreover, since there are still RoP matters at issue, that date is not longer feasible.

    In addition, Mr. Olson was on a temporary assignment to the Republic of Georgia from October 3, 2005 until October 8, 2005 (see Attachment B – Mr. Olson's official travel orders). Undersigned, therefore, could not reach Mr. Olson to discuss our response

to the Board's letter until October 8, 2005, the day he returned to Vienna, Austria. Hence our response was not completed and faxed until October 10, 2005.

Mr. Olson and I simply want a complete and accurate RoP Inventory of Documents. If communications are not "irrelevant, immaterial or unduly repetitive" per 22 CFR 903.3, or entirely administrative per 22 CFR 910.2(c), there is no basis to exclude them. HR/G should similarly want a compete and accurate RoP and we cannot understand HR/G's position on this matter unless HR/G is aware of other ex parte communications which have not yet been provided to us.

In view of the foregoing, Mr. Karl Olson requests that the FSGB deny HR/G's motion and grant the requests outlined in our October 10, 2005 letter.

Sincerely,

Janine M. Brookner
Attorney for Mr. Karl Olson

Cc:    Lishman, HR/G
       Sharon Papp/AFSA
       Panel: Reidy, Dragon, Schulz

809

2

**AN EQUAL OPPORTUNITY EMPLOYER**

Janine M. Brookner, Esq.
3645 St. Mary's Place, N.W.
Washington, D.C.  20007

**DEPARTMENT OF STATE, U. S. A.**
**WASHINGTON, D. C. 20520**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Foreign Service Grievance Board
Suite 3100 South, SA-15
Washington, D.C.  20522-1531

115

870

ATTACHMENT  A

OCT.12'2005 17:21 +43 1 23456784    CONSEC 2004    #3751 P.004/0028
SEP.29'2005 10:19 +004313133¶¶765    US MISSION UNVIE    #1546 P.001/001

```
======================================================================
09/29/05        AUTHORIZATION                    | DOC NO:   TBILISI 10-3
PAGE   1 ** Read Privacy Act On Last Page **     | TA NUM:   509496
======================================================================
1) NAME: OLSON, KARL                      SSN:     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

    ADDR: AMERICAN EMBASSY VIENNA         PHONE:
          BOLTZMANNGASSE 16               MAIL CD:
          VIENNA, AUT 1090                ORG:
                                          TITLE:   ADVISOR TO AC
    DUTY: VIENNA, AUT          TZ:24      SEC CLR:
    RES:  VIENNA, AUT                     CARD:    CARD HOLDER
    HOURS:  8
        Payment Method
======================================================================
2) TA NUM:                  DATE: 09/28/2005    TYPE: AMENDMENT
======================================================================
3) TRAVEL PURPOSE:  1-SITE VISIT
REPRESENT U.S. AT "MINE ACTION AS A CONFIDENCE BUILDING MEASURE" AT THE WOR
KSHOP SPONSORED BY OSCE CIO SLOVENIA, CANADA AND GEORGIA
======================================================================
4) GENERAL ITINERARY

    DATE        TIME     DEPARTED/ARRIVED LOCATIONS      PER DIEM RATE
    ----        ----     --------------------------      -------------
  10/03/2005             D-VIENNA, AUT
  10/03/2005             A-TBILISI, GRO                   170/75
  10/08/2005             D-TBILISI, GRO
  10/08/2005             A VIENNA, AUT
======================================================================
5) OTHER AUTHORIZATIONS              6)           EST COST   ADV AMT
TAXIS AUTHORIZED(1)                  COM. CARR    1500.00      0.00
OFFICIAL TELEPHONE CALLS AUTHORIZED  LODGING       850.00      0.00
                                     M&IE          412.50      0.00
                                     TRANSPORT     100.00      0.00
                                                  --------   --------
                                     TOTAL        2862.50      0.00
                                     ADVANCE AUTHORIZED        0.00
======================================================================
7) ACCT CLASSIFICATIONS                                     EST COST
NO ACCT CODE -                                              2862.50
           19-50113- 428350¶496- 4283- 2129- 2156
======================================================================
8) REMARKS
(1)
BETWEEN PLACE OF LODGING AND PLACE OF BUSINESS.
======================================================================
9) AUTHORIZED BY            TITLE            DATE  INITIALS   DATE
   BRUCE ANDREW             JMO ADMIN OFFICER
                                            9/30      US     9/29/05
======================================================================
10) FUNDS OBLIGATED

======================================================================
==VERSION CIV===============Copyright 1998 Gelco Information Network GSD, Inc.===
```

*ATTACHMENT B*

Oct 13 05 08:09a    Law Office Of JM Brooker

**Pastic, Joseph J**

| | |
|---|---|
| **From:** | Noonan, Henry J |
| **Sent:** | Tuesday, September 20, 2005 3:58 PM |
| **To:** | Pastic, Joseph J |
| **Subject:** | Out of Office AutoReply: FSGB Olson 98-087 REMAND -- ORDER: MOTION FOR RECONSIDERATION AND CLARIFICATION/ROP INVENTORY |

On Mondays, Wednesdays and Fridays, I will be in the office; On Tuesdays and Thursdays, I will be at my telecommuting work site and can be reached on email at founding30@msn.com or by phone at 703-860-5940.

872

1

# FACSIMILE TRANSMITTAL

## U.S. DEPARTMENT OF STATE

Bureau Of Human Resources

The Grievance Staff
HR/G, SA-1, Room H-523

Visit our web site on the Department's Intranet:
http://hrweb.hr.state.gov/g/

To: _Joe Pastic_          From: _Henry Noonan_

Office: _____          Office: _____HR/G_____

Phone: _____          Phone: _____(202) 261-8110_

FAX: _____          FAX: _____(202) 261-8121_

Date: _____          No. of Pages: _____
                                (including cover sheet)

COMMENTS:

Enclosed is the June 15, 2005
Email to Ms Kay Anake.
This e-mail was faxed to
Ms Brookner on 9-12-05. Our fax
was acknowledged as received

The Department has not received
the August 17th and August 29th briefs
from Ms Brookner

```
                        *********************
                   ***    TX REPORT    ***
                        *********************


        TRANSMISSION OK

        TX/RX NO              1161
        CONNECTION TEL                  92023386629
        CONNECTION ID
        ST. TIME             09/12 08:22
        USAGE T              00'19
        PGS. SENT            2
        RESULT               OK
```

## Noonan, Henry J

From:           Noonan, Henry J
Sent:           Wednesday, June 15. 2005 2:43 PM
To:             Anske, Kay L
Subject:        FW: Olson Issues on Remand memo


*[Noonan, Henry J]* The Department is in agreement with the issue as framed in the Memorandum below.


                                        June 8, 2005


MEMORANDUM

TO:         Janine M. Brookner, Esq.
            Joanne M. Lishman, HR/G

FROM:       Kay Anske
            Executive Secretary

SUBJECT:    Karl Olson
            FSGB Case No. 98-087 REMAND
            Issues on Remand


On June 3, 2005, the Foreign Service Grievance Board issued a Memorandum to the Parties explaining the Board's view as to the complete record upon which to decide the grievance of Karl Olson FSGB Case No. 98-087 Remand. In addition, that memorandum established a schedule for the parties to submit argument "on the issues described in the remand".                                    874

## Noonan, Henry J

| | |
|---|---|
| **From:** | Noonan, Henry J |
| **Sent:** | Wednesday, June 15, 2005 2:43 PM |
| **To:** | Anske, Kay L |
| **Subject:** | FW: Olson Issues on Remand memo |


*[Noonan, Henry J]* The Department is in agreement with the issue as framed in the Memorandum below.


June 8, 2005


MEMORANDUM

TO:        Janine M. Brookner, Esq.
           Joanne M. Lishman, HR/G

FROM:      Kay Anske
           Executive Secretary

SUBJECT:   Karl Olson
           FSGB Case No. 98-087 REMAND
           Issues on Remand


On June 3, 2005, the Foreign Service Grievance Board issued a Memorandum to the Parties explaining the Board's view as to the complete record upon which to decide the grievance of Karl Olson FSGB Case No. 98-087 Remand. In addition, that memorandum established a schedule for the parties to submit argument "on the issues described in the remand".

On reflection, the Board believes it is important that the "issues" to be decided now should be agreed upon. The Order of the Court on Remand [Olson v. Powell, Civil Action No. 02-1371 DDC (February 3, 2004)] reads:

> Ordered that the case is remanded to the FSGB for consideration of whether anti-homosexual bias unfairly tainted Plaintiff's employment reviews.

8.5

- 2 -

This Order is wholly consistent with the Court's rulings that our "decision was arbitrary and capricious because it failed to consider what the FSGB characterized as 'weighty evidence' of Beffel's and Zweifel's anti-homosexual bias." Elsewhere the Court ruled "the FSGB's decision was arbitrary and capricious and must be remanded for the FSGB to consider evidence of anti-homosexual bias".

With that, we conclude that the full scope of the issues to be considered on remand is as identified above: "consideration of whether homosexual bias unfairly tainted" Olson's employee evaluations.

The parties are invited to comment on our statement of the issues no later than June 17, 2005.


cc:  Sharon Papp, AFSA
     Panel: Reidy, Dragon, Schulz

Tracking:          Recipient                       Read
                   Anske, Kay L                    Read: 6/15/2005 4:17 PM

876

**Pastic, Joseph J**

| | |
|---|---|
| **From:** | Pastic, Joseph J |
| **Sent:** | Monday, September 12, 2005 2:59 PM |
| **To:** | Papp, Sharon |
| **Cc:** | McGhee, Janet M |
| **Subject:** | FW: admin matters on Olson remand 98-087 |

Sharon, I forgot to copy AFSA on this.  Mea Culpa

-----Original Message-----
From: jpastic@cox.net [mailto:jpastic@cox.net]
Sent: Friday, September 09, 2005 9:09 AM
To: founding30@msn.com; jmbrookner@worldnet.att.net
Cc: McGhee, Janet M; Pastic, Joseph J
Subject: admin matters on Olson remand 98-087


We have several messages from the parties on missing documents and for clarification on
what the Board excluded in response to the department's recent Motion to Exclude.

Janine says that she has not received "item 19" on the draft ROP inventory, from the
department.  Henry says that he has not received grievant's August 17 and August 29
briefs.  Since there seems to be a distribution/delivery glitch somewhere, I would ask you
folks to again provide each other whatever is missing.  Whatever each of you is still
missing by Tuesday, let us know and we will provide a copy from our files.

Also, both of you have asked for clarification as to what the Board has excluded from the
grievant's recent submission.  The Board's reply memo refers to an earlier memo that
states that the Board has what it needs to make a decision.  That means that the entire
submittal will be excluded.

We will be sending out a final revised ROP inventory shortly.

Finally, please note that I am sending this message from my home PC.  I won't be on line
for long, so please make sure that you address any replies to me at the state.gov email
and to Janet.  Many thanks.

877

**McGhee, Janet M**

| | |
|---|---|
| **From:** | Janine Brookner [jmbrookner@worldnet.att.net] |
| **Sent:** | Friday, September 09, 2005 9:07 AM |
| **To:** | McGhee, Janet M |
| **Cc:** | Karl Olson |
| **Subject:** | Re: Olson Remand 98-087 Amended ROP |

Dear Janet,
    This email confirms that the RoP is now complete.  Please let me know if you need a formal letter or memorandum confirming Mr. Olson's and my agreement that the RoP is complete.  Thank you.
    Sincerely,
    Janine Brookner
----- Original Message -----
From: "McGhee, Janet M" <McGheeJ@state.gov>
To: "Noonan, Henry J" <NoonanHJ@state.gov>; <jmbrookner@worldnet.att.net>
Cc: "Pastic, Joseph J" <PasticJJ@state.gov>
Sent: Wednesday, September 07, 2005 9:35 AM
Subject: Olson Remand 98-087 Amended ROP


<<OLSON 98-087 Remand ROP RUNNING INVENTORY.doc>>  <<RE: Olson ROP>>

1.  As requested in Henry's email above, I have amended the inventory item 19 to change the date from June 22 to June 15, 2005.

2.  Per Janine Brookner's fax dated September 6, 2005, regarding inventory items 12, 27, and 31:

I will fax you a copy of Items 12 and 27.  Item 27 is actually a Board Memo about the Order noting a deadline for submissions.  I have amended the title to clarify this.

I have also amended the identification of Item 31 per your request.

Please confirm the amended ROP, attached, is now complete and I will then send out the hard copies.

regards, janet



8:8

1

**Pastic, Joseph J**

**From:**    McGhee, Janet M
**Sent:**    Thursday, September 08, 2005 3:58 PM
**To:**    Noonan, Henry J; Pastic, Joseph J
**Subject:**    RE: Re: Olson

Henry, can you please inform the attorney about this nonreceipt of these two docs?  Something must have happened to the copies she sent you and it will be worthwhile finding out what went wrong..

       -----Original Message-----
    **From:**    Noonan, Henry J
    **Sent:**    Wednesday, September 07, 2005 9:36 AM
    **To:**    Pastic, Joseph J
    **Cc:**    McGhee, Janet M
    **Subject:**    Re: Olson

Good Morning Joe,

I never received the August 17th and the August 29th briefs from Mr. Olson's attorney.  Can you please fax them over to me?

Best Regards,

Henry

879

1

**Pastic, Joseph J**

**From:**      McGhee, Janet M
**Sent:**      Thursday, September 08, 2005 3:12 PM
**To:**        Pastic, Joseph J
**Subject:**   FW: Olson Remand 98-087 Amended ROP


-----Original Message-----
From: Janine Brookner [mailto:jmbrookner@worldnet.att.net]
Sent: Thursday, September 08, 2005 9:47 AM
To: McGhee, Janet M
Cc: Karl Olson
Subject: Re: Olson Remand 98-087 Amended ROP


Janet,
    I never received any correspondence from HR/G regarding item 19.  They seem not to send me what they send you or to send it days or weeks after they send it to you. Could you ask HR/G to send me their suggested amendment(s).
    I have meetings all day, but I will review the amended ROP and get back to you this evening or tomorrow, the latest.
    Sincerely,
    Janine
----- Original Message -----
From: "McGhee, Janet M" <McGheeJ@state.gov>
To: "Noonan, Henry J" <NoonanHJ@state.gov>; <jmbrookner@worldnet.att.net>
Cc: "Pastic, Joseph J" <PasticJJ@state.gov>
Sent: Wednesday, September 07, 2005 9:35 AM
Subject: Olson Remand 98-087 Amended ROP


<<OLSON 98-087 Remand ROP RUNNING INVENTORY.doc>>  <<RE: Olson ROP>>

1.  As requested in Henry's email above, I have amended the inventory item 19 to change the date from June 22 to June 15, 2005.

2.  Per Janine Brookner's fax dated September 6, 2005, regarding inventory items 12, 27, and 31:

I will fax you a copy of Items 12 and 27.  Item 27 is actually a Board Memo about the Order noting a deadline for submissions.  I have amended the title to clarify this.

I have also amended the identification of Item 31 per your request.

Please confirm the amended ROP, attached, is now complete and I will then send out the hard copies.

regards, janet

**Fastic, Joseph J**

-----Original Message-----
From: Janine Brookner [mailto:jmbrookner@worldnet.att.net]
Sent: Thursday, September 08, 2005 9:38 AM
To: McGhee, Janet M
Subject: Re: Olson 98-087


Janet,
      Yes, every document that I sent to you, I also sent to HR/G and AFSA.
      Janine
----- Original Message -----
From: "McGhee, Janet M" <McGheeJ@state.gov>
To: <jmbrookner@worldnet.att.net>
Cc: "Noonan, Henry J" <NoonanHJ@state.gov>
Sent: Wednesday, September 07, 2005 10:15 AM
Subject: Re: Olson 98-087


Janine, can you confirm these documents were sent to Mr. Noonan?  I know you faxed us the
Aug. 29 doc; the hard copy arrived in the mail just today.

Mr. Noonan says he has not gotten either document.  Can you get him a copy or duplicates
as he requests?

regards, janet

>   -----Original Message-----
> From: Noonan, Henry J
> Sent: Wednesday, September 07, 2005 9:36 AM
> To: Pastic, Joseph J
> Cc: McGhee, Janet M
> Subject: Re: Olson
>
> Good Morning Joe,
>
> I never received the August 17th and the August 29th briefs from Mr.
Olson's attorney.  Can you please fax them over to me?
>
> Best Regards,
>
> Henry

881

1

**McGhee, Janet M**

| | |
|---|---|
| **From:** | Noonan, Henry J |
| **Sent:** | Friday, September 02, 2005 7:54 AM |
| **To:** | Pastic, Joseph J |
| **Cc:** | McGhee, Janet M |
| **Subject:** | Olson ROP |

Good Morning Joe,

The ROP does not show this June 15, 2005 email to Executive Secretary Anske.  Please make the necessary changes .

Best Regards,

Henry

-----Original Message-----

| | |
|---|---|
| **From:** | Noonan, Henry J |
| **Sent:** | Wednesday, June 15, 2005 2:43 PM |
| **To:** | Anske, Kay L |
| **Subject:** | FW: Olson Issues on Remand memo |

*[Noonan, Henry J]* The Department is in agreement with the issue as framed in the Memorandum below.

June 8, 2005

MEMORANDUM

TO:        Janine M. Brookner, Esq.
           Joanne M. Lishman, HR/G

FROM:      Kay Anske
           Executive Secretary

SUBJECT:   Karl Olson
           FSGB Case No. 98-087 REMAND
           Issues on Remand

On June 3, 2005, the Foreign Service Grievance Board issued a Memorandum to the Parties explaining the Board's view as to the complete record upon which to decide the grievance of Karl Olson FSGB Case No. 98-087 Remand.  In addition, that memorandum established a schedule for the parties to submit argument "on the issues described in the remand".

882

1

On reflection, the Board believes it is important that the "issues" to be decided now should be agreed

upon. The Order of the Court on Remand [Olson v. Powell, Civil Action No. 02-1371 DDC (February 3, 2004)]

reads:

> <u>Ordered</u> that the case is remanded to the FSGB for consideration of whether anti-
> homosexual bias unfairly tainted Plaintiff's employment reviews.

883

**McGhee, Janet M**

**To:**          Noonan, Henry J
**Subject:**     FW: OLSON  98-087 REMAND Order of 8-15-2005

-----Original Message-----
From: Janine Brookner [mailto:jmbrookner@worldnet.att.net]
Sent: Tuesday, August 16, 2005 8:54 AM
To: McGhee, Janet M
Cc: Karl Olson
Subject: Re: OLSON 98-087 REMAND Order of 8-15-2005

Dear Janet McGee,
     I have not yet received any motion from the Grievance Staff so I do not
know what this is about.
     Although the Board proposed in a letter to all parties, dated March 3,
2005, that the parties concurrently transmit - by e-mail or fax - any
correspondence sent by pouch or regular mail to the Board and the other
party, the Grievance Staff has not complied.  Consequently, I did not
receive their argument, dated July 22, 2005 until July 30th.  For your
information, I sent our argument to the Grievance Staff by Express
(overnight) mail.
     Thank you,
     Janine Brookner
     Counsel for Mr. Olson

----- Original Message -----
From: "McGhee, Janet M" <McGheeJ@state.gov>
To: "Lishman, Joanne M" <LishmanJM@state.gov>; "Papp, Sharon"
<papps@state.gov>; <jmbrookner@worldnet.att.net>
Sent: Tuesday, August 16, 2005 8:25 AM
Subject: OLSON 98-087 REMAND Order of 8-15-2005

<<OLSON  98-087 REMAND Order of 8-15-2005.doc>> Here is an electronic copy.
Hard copy to follow.

884

1

**McGhee, Janet M**

**To:** jmbrookner@worldnet.att.net
**Subject:** FSGB Case No. 98-087 REMAND

Janine, this is confirmation that you hand delivered the Motion and Memo in support of motion today.

Nice to meet you.

*Janet McGhee*
*Special Assistant*
*Foreign Service Grievance Board*
*S/FSG, 3100 SA-15*
*mcgheejm@state.gov*
*phone 703 875-5165*
*fax 703 875-5177*

685