UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL OLSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1205(GK) |
| CONDOLEEZZA RICE, in her capacity as Secretary of State, | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Compel Defendant to Submit Complete Administrative Record, the Court Order of November 8, 2006 and Defendant's Notice of Filing of Supplemental Pages to the Administrative Record, it is hearby:

ORDERED that plaintiff's motion is GRANTED, and it is further

ORDERED that defendant permit the taking of a deposition from the Foreign Service Grievance Board's custodian of records, and it is further

ORDERED that the redacted documents and redacted marginal notes in Defendant's Notice of Filing of Supplemental Pages to the Administrative Record at pages 881 and 884 be produced or Defendant justify an appropriate exemption for each of these redactions.

_____, 2006                    _____
                                                                        UNITED STATES DISTRICT JUDGE