UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL OLSON, <br><br> Plaintiff, <br><br> v. <br><br> CONDOLEEZZA RICE, Secretary of State, <br><br> Defendant. | Civil Action No. 06-1205 (GK) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Plaintiff Karl Olson hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a two-month modification in the schedule for submissions of Plaintiff's Motion for Summary Judgment, Defendant's Opposition and Cross-motion for Summary Judgment, Plaintiff's Reply and Opposition and Defendant's Reply. Pursuant to Local Civil Rule 7(m), plaintiff's counsel called the Assistant U.S. Attorney assigned to this case to seek her consent for a one-month extension of time. She said that a one-month extension would not work for her because she has a trial beginning on February 20, 2007. She suggested March 15, 2007 as the due date for her brief. Plaintiff, therefore, requests the following two-month extension:

    Plaintiff's Motion for Summary Judgment is due February 15, 2007,

    Defendant's Opposition and Cross-motion for Summary Judgment is due March 15, 2007,

    Plaintiff's Reply and Opposition is due April 15, 2007, and

    Defendant's Reply is due May 1, 2007.

The extension is sought because on December 1, 2006, plaintiff filed a motion to compel defendant to complete the Administrative Record ("AR"), per a Court Order, dated November 8, 2006. In that motion, plaintiff asked to depose the custodian of records at the Foreign Service Grievance Board and for the production of the redacted documents and redacted marginal notes which do not appear to fall within any privilege or exemption.

Defendant has 11 days until Tuesday, December 12, 2005 to file any opposition and plaintiff five days until Monday, December 18, 2006 to reply. The Court then needs time to make its decision. If the Court grants plaintiff's motion to compel, the custodian of records likely will not be able to be deposed because of the holidays until sometime during the first week of January 2007.

Furthermore, each time defendant has had to produce documents, she has taken a very long time. Although defendant was Ordered to complete the AR by September 19, 2006, defendant only partially complied. It took another 35 days, until October 24, 2006, for defendant to file the pages missing from the AR and then after the Court Order of November 8th, another 14 days until November 22, 2006 to file additional documents. Still the record remains incomplete and it is not known, even after the proposed deposition is completed, how long it will take defendant to finally produce a complete AR.

Without a complete AR, plaintiff cannot be expected to file his Motion for Summary Judgment by the present due date of December 15, 2006. Plaintiff, therefore, requests this extension to give defendant time to complete the record and himself and his

counsel time to review and incorporate the additional materials into his Motion for Summary Judgment.

In addition, plaintiff's counsel has a medical issue which has recurred, causing her left arm to be almost unusable and very painful.[1]  Her doctor warned her that the problem probably would recur and would require surgery.  Counsel takes blood thinners and is hoping to avoid the operation or at least postpone it until after the holidays.  Typing, however, has become difficult and painful for her.  She would, therefore, like to postpone trying to type Plaintiff's Motion for Summary Judgment until after December 2006 when this medical issue should be resolved.

WHEREFORE, plaintiff respectfully requests that the Court grant this extension of time.

Respectfully submitted,

/s/_____

Date:   December 4, 2006

Janine M. Brookner, D.C. Bar #467360
Counsel for Plaintiff Karl Olson
3645 St. Mary's Pl., NW
Washington, DC  20007
(202) 338-5743

---

[1] She is left-handed.

3