UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KARL OLSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1205(GK) |
| CONDOLEEZZA RICE, in her capacity as Secretary of State, | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of Plaintiff's Unopposed Motion for an Extension of Time, it is hearby:

ORDERED that plaintiff's motion is GRANTED, and it is further

ORDERED that Plaintiff's Motion for Summary Judgment is due February 15, 2007, Defendant's Opposition and Cross-motion for Summary Judgment is due March 15, 2007, Plaintiff's Reply and Opposition is due April 15, 2007, and Defendant's Reply is due May 1, 2007.

_____, 2006          _____
                                                         UNITED STATES DISTRICT JUDGE