UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL OLSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1205 (GK) |
| ) | |
| CONDOLEEZZA RICE, Secretary of State, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on plaintiff's motion to compel defendant to submit complete administrative record [24]. Upon consideration of the motion, the opposition, the reply, and the entire record in this matter, the Court finds that plaintiff has not shown either a sufficient legal or factual basis for the relief being sought. The Court further finds that the Foreign Service Grievance Board complied fully with this Court's November 8, 2006 Order. Accordingly, it is hereby

**ORDERED** that plaintiff's motion to compel is **DENIED**.

_____          _____
Date                            GLADYS KESSLER
                                United States District Judge

Copies Through ECF to Counsel of Record