UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL OLSON, <br><br>  Plaintiff, <br><br>  v. <br><br> CONDOLEEZZA RICE, Secretary of State, <br><br>  Defendant. | Civil Action No. 06-1205 (GK) |

**PLAINTIFF'S REVISED REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO COMPEL**

In view of the amended Federal Rules of Civil Procedure, Plaintiff's Reply to Defendant's Opposition to Motion to Compel, filed December 18, 2006, is hereby revised.

Plaintiff Karl Olson requests that the Court deny Defendant's Opposition to Plaintiff's Motion to Compel Defendant to Submit Complete Administrative Record (hereafter "Def's. Opp.") and grant his request for leave to depose the Foreign Service Grievance Board's ("FSGB") custodian of records.[1] For the most part, Def's. Opp. contains the same argument, word for word, cite for cite, that defendant argued in Defendant's Opposition to Plaintiff's Motion to Complete the Administrative Record, pp. 5-9, filed October 30, 2006. Mere repetition does not improve upon this argument, which the Court did not accede to when, on November 8, 2006, the Court granted plaintiff's motion and Ordered defendant to complete the record. Plaintiff already replied to this argument in his November 6, 2006 Plaintiff's Reply Memorandum to Defendant's

---

[1] As noted in Def's. Opp., on or about December 13, 2006, defendant's counsel provided an unredacted version of the previously redacted material which plaintiff had requested.

Opposition to Motion to Complete the Record and will not waste the Court's time and resources by repeating his argument.

Suffice it to say that defendant has not fully complied with the Court Order of November 8, 2006, requiring **all** communications on the Olson case or regarding or referring to plaintiff between the FSGB and the Department of State and their staffs, including *ex parte* and private e-mail correspondence, be submitted for inclusion in the administrative record. The Supplemental Pastic Declaration does not confirm "that all responsive records were located during the Board's search and provided to the Court," as Def's. Opp. claims at page 4. Special Assistant Joseph Pastic's declaration states only that he searched an "e-mail folder" for Mr. Olson's case, as well as Mr. Olson's file that he inherited from FSGB Special Assistant Janet McGhee. See Pastic Declaration which is contained in Defendant's Notice of Filing Supplemental Pages to the Administrative Record, dated November 22, 2006.

## Conclusion

Plaintiff asks that the Court deny Def's. Opp. and grant his request for leave to depose the FSGB's custodian of records.

Respectfully submitted,

/s/_____

Date:  December 23, 2006

Janine M. Brookner, D.C. Bar #467360
Counsel for Plaintiff Karl Olson
3645 St. Mary's Pl., NW
Washington, DC  20007
(202) 338-5743

2