UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL OLSON, </br></br>Plaintiff, </br></br>v. </br></br>CONDOLEEZZA RICE, in her capacity as Secretary of State, </br></br>Defendant. | Civil Action No. 06-1205(GK) |

## ORDER

UPON CONSIDERATION of Plaintiff's Revised Reply to Defendant's Opposition to Motion to Compel, Defendant's Opposition to Plaintiff's Motion to Compel Defendant to Submit Complete Administrative Record, Plaintiff's Motion to Compel Defendant to Submit Complete Administrative Record, the Court Order of November 8, 2006 and Defendant's Notice of Filing of Supplemental Pages to the Administrative Record, it is hearby:

ORDERED that plaintiff's motion is GRANTED, and it is further

ORDERED that defendant permit the taking of a deposition from the Foreign Service Grievance Board's custodian of records.

_____, _____       _____

UNITED STATES DISTRICT JUDGE