UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL OLSON, <br>       Plaintiff, <br><br> v. <br><br> CONDOLEEZZA RICE, in her capacity as <br> Secretary of State, U.S. Department of State, <br>       Defendant. | Civ. Act. No. 06-1205(GK) |

## PLAINTIFF'S NOTICE OF FILING

On February 15, 2007, Plaintiff Karl Olson filed under seal with the United States District Court for the District of Columbia and mailed, FedEx, to the Assistant U.S. Attorney: Plaintiff's Motion for Summary Judgment, Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment and Plaintiff's Statement of Material Facts Not in Dispute.

Respectfully submitted,

Date: February 15, 2007

/s/_____
Janine M. Brookner, D.C. Bar #467360
Counsel for Plaintiff Karl Olson
3645 St. Mary's Pl., NW
Washington, DC  20007
(202) 338-5743