UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL OLSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1205 (GK) |
| ) | |
| CONDOLEEZZA RICE, Secretary of State, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, defendant respectfully moves for summary judgment. The Foreign Service Grievance' Board's logical decision on remand from this Court is well supported by the evidence in the record, and is neither arbitrary nor capricious. A statement of material facts not in genuine dispute is attached. The reasons for this motion are set forth in the separately-filed Defendant's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendant's Cross-Motion for Summary Judgment. See Docket Entry No. 32.

        Respectfully submitted,

        _____
        JEFFREY A. TAYLOR, D.C. Bar 498610
        United States Attorney

        /s/_____
        RUDOLPH CONTRERAS, D.C. Bar 434122
        Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar No. 451737
Assistant United States Attorney
Civil Division
555 4th Street, N.W. – Room E4822
Washington, D.C.  20530
(202) 514-7161

Of Counsel:
David P. Huitema, Esq.
Department of State