UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KARL OLSON, ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | Civ. Act. No. 06-1205(GK) |
| ) | |
| CONDOLEEZZA RICE, in her capacity as ) | |
| Secretary of State, U.S. Department of State,) | |
| ) | |
|        Defendant. ) | |

**PLAINTIFF'S NOTICE OF FILING UNDER SEAL**

Pursuant to Fed. Rules Civ. Proc, Rule 6, on April 16, 2007, vice April 15, 2007, Plaintiff Karl Olson is filing under seal at the United States District Court for the District of Columbia and mailing, FedEx, to the Assistant U.S. Attorney: Plaintiff's Reply Memorandum in Opposition to Defendant's Cross-Motion for Summary Judgment and in Support of his Motion for Summary Judgment and Plaintiff's Response to Defendant's Statement of Material Facts as to which There is no Genuine Dispute. These documents are being filed under seal because they quote and cite to the Administrative Record, Part B, on which the parties agreed in Mr. Olson's earlier, related case before this Court, Civ. Act. No. 02-1371(GK), that there would be protective order.

Respectfully submitted,

/s/_____

Date: April 15, 2007

Janine M. Brookner, D.C. Bar #467360
Counsel for Plaintiff Karl Olson
3645 St. Mary's Pl., NW
Washington, DC 20007
(202) 338-5743