UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL OLSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1205 (GK) |
| ) | |
| CONDOLEEZZA RICE, Secretary of State, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S OPPOSED MOTION FOR ENLARGEMENT OF TIME
TO FILE REPLY BRIEF**

Defendant Condoleezza Rice, in her official capacity as Secretary of State, and through undersigned counsel, respectfully moves pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure for a one-week enlargement of time to file her reply brief in support of her motion for summary judgment. This is defendant's second request for additional time in this case, and first with respect to this deadline. Plaintiff, through his counsel, has indicated that he opposes the relief being sought in this motion and will file a written opposition. The grounds for this motion are set forth below, and a proposed order is attached.

In this case, plaintiff renews his challenge to the Foreign Service Grievance Board's denial of a grievance relating to his Employee Evaluation Reports from 1994-1996. Plaintiff seeks judicial review of a November 7, 2005 decision by the Foreign Service Grievance Board ("FSGB") issued after a remand from this Court in connection with an earlier decision challenged by plaintiff in Civil Action No. 02-1371 (GK). After defendant filed her answer, the parties submitted a proposed briefing schedule adopted by the Court. Subsequently, plaintiff filed multiple motions contesting the completeness of the administrative record, and plaintiff

filed a motion, with defendant's consent, to enlarge the time for his opening brief by two months. See Docket Entry No. 25.[1]

Defendant requires some additional time to file her reply brief due to the limited time counsel for the agency and at the U.S. Attorney's Office currently have to respond to plaintiff's lengthy and somewhat convoluted opposition. Plaintiff's opposition to defendant's cross-motion for summary judgment (which is combined with his Reply in Support of Plaintiff's Motion for Summary Judgment) consists of twenty-five pages of text and six exhibits consuming sixty (60) pages. The total administrative record in this case, to which plaintiff cites liberally, consists of hundreds of pages. Because plaintiff's counsel previously represented plaintiff in his previous action and before the agency on remand of his grievance, she was accordingly already quite familiar with the entire administrative record. On the other hand, counsel at the Department of State and at the U.S. Attorney's Office have been working with this administrative record only for the first time in this case. This imbalance in familiarity means that counsel for the government need some additional time to best present defendant's arguments to the Court.

In addition, counsel at the State Department has recently become the father of premature twins, and has been less available in the recent few weeks for assisting with this matter because of the need to attend to matters outside the office. The Assistant United States Attorney with daily responsibility for this matter has an active docket of cases which create deadlines. In the recent few weeks, to identify a few of the more significant projects in terms of time, the AUSA

---

[1] Plaintiff initially proposed a one-month extension, but counsel agreed that plaintiff would take two additional months to avoid having defendant's opposition come due during a two-week trial the AUSA had in a retaliation case, Martin Desmond v. Alberto Gonzales, Civil Action No. 03-1729 (CKK), which concluded on March 2, 2007. The AUSA continues to work diligently to handle matters displaced by the preparation for and conduct of that trial.

has been preparing a reply brief in a case involving purported *Bivens* claims against federal employees (<u>CHS Industries, Inc. v. U.S. Customs</u>, Civil Action No. 06-2205 (GK)), as well as a renewed motion for summary judgment in a long-standing and complicated case under the Freedom of Information Act (<u>Elwood Cooper v. Department of Justice</u>, Civil Action No. 99-2513 (RMU)), and preparing for and conducting several depositions in multiple employment discrimination cases.  Moreover, during the week of April 30, 2007, the AUSA is responsible for filing an opposition to a motion for class certification in another employment case (<u>Khaksari v. Tomlinson</u>, Civil Action No. 06-1990 (RJL), and a motion to compel in yet another case (<u>Walls v. Paulson</u>, Civil Action No. 03-186 (RMU).  There is simply not enough hours in even an extended workweek for the AUSA to complete all of these projects, and an extra week for the reply brief in this case will not unduly delay the Court's ability to resolve this matter.  The Court also has an active docket of cases and would be unlikely to have the resources to resolve the pending cross-motions in the interim.  Accordingly, a reasonable amount of additional time is needed to allow for consultation with and assistance by the State Department, drafting of an appropriate reply, and internal review.

  This motion is filed in good faith and will not unduly delay the Court's ability to resolve this matter or unfairly prejudice plaintiff.  Plaintiff served her opposition by overnight delivery on April 16, 2007, and defendant's counsel received it on April 17, 2007.  Defendant's presentation and argument should not be negatively impacted by the business of its counsel during a particular two-week period, particularly because the events under review occurred more than a decade ago.  The time being requested is not disproportionate to the issues raised in this case or the size of the record.

WHEREFORE, for all these reasons, defendant respectfully requests that the deadline for filing her reply brief be extended from May 1, 2007 until May 8, 2007.

Dated: April 27, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161