UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL OLSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1205 (GK) |
| | ) |
| CONDOLEEZZA RICE, Secretary of State, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### ORDER

UPON CONSIDERATION of defendant's motion for a one-week extension of time to file her reply brief, plaintiff's opposition thereto, and the entire record in this matter, the Court finds that good cause exists for the extension. Accordingly, it is hereby

**ORDERED** that defendant's motion for extension of time is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including May 8, 2007 to file a reply in support of her cross-motion for summary judgment.

_____                     _____
Date                                                           GLADYS KESSLER
                                                                  United States District Judge

**Copies to Counsel of Record Through ECF**