UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KARL OLSON,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　　　)　　Civil Action No. 06-1205 (GK)
　　　　　　　　　　　　　　　　　　　)
CONDOLEEZZA RICE, in her capacity as )
SECRETARY OF STATE,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　　)

## MEMORANDUM

**Subject:** Deposition of Foreign Service Grievance Board's Custodian of Records

On May 25, 2007, Plaintiff Karl Olson received the Court's Minute Order granting his request to depose the Foreign Service Grievance Board's ("FSGB's") custodian of records. Mr. Olson and defendant have already submitted their replies and oppositions to each other's motions for summary judgment and everything is fully briefed. Accordingly, Mr. Olson's counsel does not plan to depose the FSGB's custodian of records, unless the Court desires that she do so and move to supplement the record, as appropriate. Mr. Olson requests that the Court notify him if it wants him to take this deposition.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　/s/_____

Date:  June 1, 2007　　　　　　　　　　　Janine M. Brookner, D.C. Bar #467360
　　　　　　　　　　　　　　　　　　　　　3645 St. Mary's Pl., NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC  20007
　　　　　　　　　　　　　　　　　　　　　(202) 338-5743